MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHARLES PARKER (CABN 283078)
Special Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7149
   Fax: (415) 436-7009
   E-Mail: Charles.Parker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12-750 LHK |
|     Plaintiff, | STIPULATION TO EXLUDE TIME UNDER THE SPEEDY TRIAL ACT |
|     v. | |
| FIDENCIO MORENO, et al., | |
|     Defendant. | |

    The initial appearance in this matter took place on November 6, 2012. Discovery was provided by the United States to the Fidencio Moreno and Elena Moreno. It is anticipated discovery will be provided to Arturo Moreno before the end of the week. The defendants will be reviewing the discovery until the date of the status hearing currently scheduled before the Court on December 5, 2012.

//

//

//

//

//

1    For these reasons, IT IS STIPULATED AND AGREED that time under the Speedy Trial Act be excluded from November 6, 2012, until December 5, 2012, because the ends of justice outweigh the best interest of the public and the defendant in a speedy trial, for effective preparation of defense counsel, and taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: November 7, 2012          Respectfully submitted,


                                 MELINDA HAAG
                                 United States Attorney


                                  /s/ Charles Parker
                                 CHARLES PARKER
                                 Special Assistant United States Attorney
                                 Tax Division


                                  /s/ Nanci L. Clarence
                                 NANCI L. CLARENCE
                                 Attorney for Defendant Elena Moreno


                                  /s/ Jay R. Weill
                                 JAY R. WEILL
                                 Attorney for Defendant Fidencio Moreno


                                  /s/ Leland B. Altschuler
                                 LELAND B. ALTSCHULER
                                 Attorney for Defendant Arturo Moreno

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 12-750 LHK |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| FIDENCIO MORENO, et al., | ) | |
| Defendant. | ) | |

Good cause appearing therefor, IT IS ORDERED that time under the Speedy Trial Act be excluded until December 5, 2012, because the ends of justice outweigh the best interest of the public and the defendant in a speedy trial, for effective preparation of defense counsel, and taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: November 9, 2012

HONORABLE PAUL S. GREWAL
United States Magistrate Judge