1  JAY R. WEILL (State Bar No. 75434)
   E-Mail:      *jweill@sideman.com*
2  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Eighth Floor
3  San Francisco, California 94111-3629
   Telephone:     (415) 392-1960
4  Facsimile:     (415) 392-0827

5  Attorneys for Defendant
   FIDENCIO MORENO

6

7

8              UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11 UNITED STATES OF AMERICA,          Case No. CR 12-750 LHK

12             Plaintiff,             ~~[PROPOSED]~~ ORDER GRANTING
                                      MOTION TO UNSEAL SEARCH
13        v.                          WARRANT AFFIDAVIT

14 FIDENCIO MORENO, ARTURO MORENO,
   AND ELENA MORENO,
15
              Defendants.
16

17                     **ORDER**

18      Upon the motion of the defendants, the Search Warrant Affidavit which was sealed

19 pursuant to an order dated July 12, 2012, is unsealed.

20      **IT IS THEREFORE ORDERED.**

21

22

23 Dated:  January 23, 2013         _Lucy H. Koh_
                                    _____
24                                  Honorable Lucy H. Koh
                                    United States District Court Judge
25 6840-1\1663642v1

26

27

28

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3629