UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-750 LHK |
| Plaintiff, | [proposed] ORDER FOR ADMINISTRATIVE RELIEF |
| v. | |
| FIDENCIO MORENO, ARTURO MORENO, AND ELENA MORENO | |
| Defendants. | |

Good cause appearing therefore, IT IS ORDERED that that United States is granted leave to file an amended declaration of Special Agent Scott Geissler.

Dated: ~~May~~ June 5, ___, 2013

_____
HONORABLE LUCY H. KOH
United States District Court Judge